IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ERNEST MONTGOMERY                                              PLAINTIFF

V.                                         CIVIL ACTION NO. 5:11cv00004-DCB-JMR

WARREN COUNTY, DEPUTIES BILLY HIGGINS,
MICHAEL HOLLINGSWORTH AND CHRIS SATCHER,
IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES          DEFENDANTS

## AGREED ORDER OF DISMISSAL
## OF DEFENDANT CHRIS SATCHER

       Each of the parties have agreed and represented to this Court that the Defendant Chris Satcher should be dismissed with prejudice.

       IT IS THEREFORE ORDERED AND ADJUDGED that the Defendant Chris Satcher, is dismissed with prejudice.

       So Ordered this the 9th day of January, 2013.

                                                        United States District Court Judge

                                                        s/David Bramlette
                                                        Judge David C. Bramlette

So Agreed:

For the Plaintiff:

s/ Carlos E. Moore

Carlos E. Moore
Moore Law Office, PLLC
P.O. Box 1487
Grenada, MS 38902-1487

For the Defendants

/s/ Michael J. Wolf_____
Michael Wolf - MSB # 99406
PAGE, KRUGER & HOLLAND, P.A.
10 Canebrake Blvd., Suite 200 [39232-2215]
Post Office Box 1163
Jackson, Mississippi  39215-1163
TELEPHONE:    601-420-0333